United States District Court
Southern District of Texas
**ENTERED**
October 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID RAMIREZ JR., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3096 |
| § | |
| INTERNATIONAL DIVERS CO., INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 5). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 21st day of October, 2016.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE